FILED

2008 FEB 27  AM 10: 19

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT OF GARY M. JOHNSON and SAUNDRA J. JOHNSON, individually and as trustees of the JOHNSON FAMILY TRUST dated November 19, 1990, REGISTERED OWNERS of the 2004 Bayliner Meridian 490 PH, "*ANDIAMO*", HIN #: MDNP4007H304, her engines, tackle, apparel, and appurtenances, in a cause of Exoneration From or Limitation of Liability | CASE NO. **'07 CV 1893 BEN WMc**<br><br>[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS AND ORDER RESTRAINING ALL OTHER CLAIMS AND PROCEEDINGS<br><br>46 U.S.C §§ 30501, *et seq.*<br>Federal Rules of Civil Procedure<br>Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F |

WHEREAS pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 30501, *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereinafter referred to as "Supplemental Rules"), a Complaint for Exoneration From or Limitation of Liability (hereinafter referred to as "the Complaint") was timely filed in this court on September 27, 2007, by Plaintiffs in Limitation, Gary M. Johnson and Saundra J. Johnson, individually and as Trustees of the Johnson Family Trust dated November 19, 1990 (hereinafter referred to collectively as "Plaintiffs in Limitation"), the owners of the 2004 Bayliner Meridian 490 PH, "*ANDIAMO*", HIN #: MDNP4007H304, her engines, tackle, apparel, and appurtenances (hereinafter referred to as "the VESSEL"); and,

///

-1-

1  WHEREAS, the Complaint seeks Exoneration from and Limitation of Liability for any loss, damage, injury, or demand occasioned or incurred by, on in any way consequent to, an incident involving the Vessel that occurred on or about June 17, 2006, upon a navigable waterway. Specifically, the Pacific Ocean, off the coast near or around Tillamook, Oregon (hereinafter referred to as "the Incident");

WHEREAS, a written claim relating to the Incident has been made and other claims may be made against the Vessel and/or Plaintiffs in Limitation; and,

WHEREAS, pursuant to Rule F (1) of the Supplemental Rules, a Declaration of Value was filed on September 27, 2007, that indicated the estimated cash value of the Vessel, after the Incident, is $165,000.00.

IT IS HEREBY ORDERED that the Clerk of Court issue the Notice to Claimants attached hereto, admonishing all persons claiming losses, injuries, or damages occasioned or incurred by, or in any way consequent to the Incident, to file their respective claims on or before _April 25_, 2008;

IT IS FURTHER ORDERED that, pursuant to Rule F (4) of the Supplemental Rules, notice shall be given to all potential claimants by publication of the Notice to Claimants in the San Diego Daily Transcript; such notice shall be published once a week for four (4) consecutive weeks prior to _April 25_, 2008;

IT IS FURTHER ORDERED that, pursuant to Rule F (4) of the Supplemental Rules, not later than the day of the second publication, Plaintiffs in Limitation shall mail a copy of the Notice to Claimants to every person known to have made a claim arising out of the Incident;

IT IS FURTHER ORDERED that the publication and mailing of the Notice to Claimants described herein shall constitute due notice to all persons asserting claims arising out of or in any way relating to the Incident;

///
///
///
///

-2-

[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS AND ORDER RESTRAINING ALL OTHER CLAIMS AND PROCEEDINGS

1     IT IS FURTHER ORDERED that, pursuant to Rule F (3) of the Supplemental Rules, the
2 further prosecution of any and all suits, actions, and other proceedings against Plaintiffs in
3 Limitation and/or their property with respect to any claims, both in persona and in rem, subject to
4 limitation in this action is hereby enjoined.

6     IT IS SO ORDERED.
7     DATED: *February 26*, 2008, at San Diego, California

                            United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT OF GARY M. JOHNSON and SAUNDRA J. JOHNSON, individually and as trustees of the JOHNSON FAMILY TRUST dated November 19, 1990, REGISTERED OWNERS of the 2004 Bayliner Meridian 490 PH, *"ANDIAMO"*, HIN #: MDNP4007H304, her engines, tackle, apparel, and appurtenances, in a cause of Exoneration From or Limitation of Liability | CASE NO.<br>**'07 CV 1893   BEN WMc**<br><br>[PROPOSED] NOTICE TO CLAIMANTS<br><br>46 U.S.C. §§ 30501, *et seq.*<br>Federal Rules of Civil Procedure<br>Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F |

NOTICE TO CLAIMANTS

On September 27, 2007, Plaintiffs in Limitation Gary M. Johnson and Saundra J. Johnson, individually as Trustees of the Johnson Family Trust dated November 19, 1990 (hereinafter referred to collectively as "Plaintiffs in Limitation"), registered owners of the 2004 Bayliner Meridian 490 PH, *"ANDIAMO"*, HIN #: MDNP4007H304, bearing Official Number 1187201, her engines, tackle, apparel, and appurtenances (hereinafter referred to as "the Vessel"), filed a Complaint in the United States District Court for the Southern Division of California, case number: _07 CV 1893_, pursuant to the Limitation of Liability Act, 46 U.S.C. §§ 30501, *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereinafter referred to as "the Supplemental Rules"). The Complaint seeks Exoneration from or Limitation of Liability for any loss, damage, injury, or demand occasioned or incurred by, or in any

-1-

|   |   |
|---|---|
| 1 | way consequent to, an incident involving the Vessel that occurred on or about June 17, 2006, upon |
| 2 | navigable waters while underway from Seattle, Washington to San Diego, California, off the coast |
| 3 | near or around Tillamook, Oregon (hereinafter referred to as "the Incident"). |
| 4 | On September 27, 2007, Pursuant to Rule F(1) of the Supplemental Rules, a Declaration of |
| 5 | Value was filed stating that the estimated cash value of the Vessel, after the Incident, is |
| 6 | $165,000.00 due to extensive damage to the vessel. |
| 7 | Pursuant to an Order executed by the United States District Court, Southern District of |
| 8 | California on _February 26_, 2008, any and all persons, natural or otherwise, |
| 9 | asserting any claim(s) with respect to any loss, damage, injury, for any act, matter or demand |
| 10 | occasioned or incurred by, or in any way consequent to, the Incident, are admonished to appear |
| 11 | before this Court, answer each and every allegation of the Complaint, make due proof and file their |
| 12 | respective claims with the Clerk of this Court and to serve a copy thereof on James W. Alcantara, |
| 13 | the attorney of record for Plaintiffs in Limitation, at Alcantara & Associates, APC, 402 West |
| 14 | Broadway, Suite 1170, San Diego, California 92101, on or before _May_ |
| 15 | _27_, 2008. If any claimant desires to contest Plaintiffs in Limitation's right to exoneration from |
| 16 | or limitation of liability, that claimant shall file and serve on counsel for Plaintiffs in Limitation an |
| 17 | answer to the Complaint on or before _May 27_, 2008, unless the claimant's |
| 18 | claim has included an answer to the Complaint. |
| 19 | Further, pursuant to the above-referenced Order and Rule F(3) of the Supplemental Rules, |
| 20 | the further prosecution of any and all suits, actions and other proceedings against Plaintiffs in |
| 21 | Limitation and/or their property with respect to any claim subject to limitation in this action has |
| 22 | been enjoined. |
| 23 |   |
| 24 | DATED: _February 26_, 2007, at San Diego, California |
| 25 |   |
| 26 | **K. HAMMERLY** |
| 27 | Clerk of the Court |
| 28 | United States District Court<br>Southern District of California |

-2-

[PROPOSED] NOTICE TO CLAIMANTS